**Temesgen Teshome ABDISSA, Plaintiff-Appellant,**

v.

**UNC CHAPEL HILL, Defendant-Appellee.**

**No. 17-1078**

United States Court of Appeals, Fourth Circuit.

Submitted: May 18, 2017

Decided: May 24, 2017

Temesgen Teshome Abdissa, Appellant Pro Se. Melissa Lou Trippe, NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for Appellee.

Before AGEE, DIAZ, and THACKER, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Temesgen Teshome Abdissa appeals the district court's order and judgment dismissing his employment discrimination complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Abdissa v. UNC Chapel Hill,* No. 5:15-cv-00394-BO, 2017 WL 78479 (E.D.N.C. Jan. 6, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*